UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:21-cr-41 |
| v. | ) | |
| | ) | Judge Curtis L. Collier |
| JOE JUNIOR HUMPHREY | ) | |

## O R D E R

This matter is before the Court on the report and recommendation (the "R&R") of Magistrate Judge Christopher H. Steger, recommending the Court deny Defendant Joe Junior Humphrey's motion to suppress evidence. (Doc. 81.) Neither party has objected to the R&R within the given fourteen days. *See* 28 U.S.C. § 636(b)(1).

After reviewing the R&R, the exhibits introduced at the hearing, and the briefs the parties filed before the R&R issued, the Court agrees with the R&R. The Court hereby **ACCEPTS** and **ADOPTS** the R&R (Doc. 81). Accordingly, Defendant Humphrey's motion to suppress (Doc. 64) is **DENIED**.

      **SO ORDERED.**

      **ENTER:**

      /s/
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**